PAMRAPAU CORPORATION, complainant-respondent,

*v.*

CITY OF BAYONNE, defendant-appellant; THE CENTRAL DISTRICT, INC., defendant.

[Submitted February 14th, 1941.   Decided April 25th, 1941.]

*Mr. Edward A. Markley, Mr. William Rubin* and *Mr. Raymond J. Lamb,* for the appellant.

*Messrs. Gross & Gross,* for the respondent.

PER CURIAM.

The order under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Kays.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 15.

*For reversal*—None.